**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 8:26-cv-655-MSS-CPT**

**DONARD BEAUSIL,**

**Defendant.**

---

## FINAL DEFAULT JUDGMENT

A default having been entered against Defendant Donard Beausil, (Dkt. 8), and Plaintiff having moved for entry of default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure, (Dkt. 12), and the Court having granted Plaintiff's motion, (Dkt. 15), the Court finds it appropriate to enter final default judgment in favor of Plaintiff and against Defendant.

Judgment by default is hereby rendered in favor of the Plaintiff United States of America and against Defendant Donard Beausil, in the total amount of $82,077.18 as of February 26, 2026, which includes the principal amount of $70,858.00, plus accrued pre-judgment interest totaling $590.48 as of February 26, 2026, and continuing to accrue until date of judgment herein at the rate of 5% per annum; plus $10,628.70 in administrative costs, together with interest continuing to accrue at the determined Treasury post-judgment interest rate computed daily and compounded annually, plus penalties and future costs.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of October 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party